## MARION COUNTY *v.* SHORT.

FISH, C. J. This is an action against a county for alleged taking and damaging of plaintiff's land, without his consent, by the commissioners of roads and revenues of the county, in connection with widening, repairing, and improving a public road that runs through plaintiff's land in the county. The overruling of the demurrers, general and special, to the petition is sustained by former rulings of this court in the following cases: *Terrell County* v. *York*, 127 *Ga.* 166 (56 S. E. 309); *Adkins* v. *Crawford County*, 135 *Ga.* 679 (70 S. E. 335); *Murray County* v. *Wood*, 141 *Ga.* 561 (81 S. E. 856).

*Judgment affirmed. All the Justices concur.*
JUNE 26, 1916.

Action for damages. Before Judge Gilbert. Marion superior court. June 10, 1915.

*Shipp & Sheppard,* for plaintiff in error.

*George P. Munro* and *W. D. Crawford,* contra.